CO-386-online
10/03

# United States District Court
# For the District of Columbia

Blue Ocean Institute and )
Oceana )
                   )
                   )
       vs     Plaintiff   )   Civil Action No._____
                   )
                   )
National Marine Fisheries Service )
                   )
            Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Blue Ocean Institute__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Blue Ocean Institute__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

J. Chavez D.C. Bar #493421, S. Roady D.C. Bar #926477
BAR IDENTIFICATION NO.

Jennifer C. Chavez and Stephen E. Roady
Print Name

Earthjustice, 1625 Massachusetts Ave. NW Suite 702
Address

Washington     D.C.     20036
City              State     Zip Code

(202) 667-4500
Phone Number