# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BLUE OCEAN INSTITUTE and | ) | |
| CARL SAFINA | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 06-1869 HHK |
| | ) | |
| CARLOS GUTIERREZ and NATIONAL | ) | **NOTICE OF APPEARANCE** |
| MARINE FISHERIES SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The parties and this Court are hereby given notice that undersigned counsel, Keith W.

Rizzardi, will appear in this matter on behalf of Federal Defendants, Carlos Gutierrez and the

National Marine Fisheries Service.

DATED this 15th of December, 2007.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE, Assistant Attorney General
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
Wildlife & Marine Resources Section

/s/

_____
KEITH W. RIZZARDI
U.S. Department of Justice
Wildlife and Marine Resources Section
Post Office Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0209