# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BLUE OCEAN INSTITUTE and<br>CARL SAFINA<br>      Plaintiffs,<br>    v.<br><br>CARLOS GUTIERREZ and NATIONAL<br>MARINE FISHERIES SERVICE,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-1869 HHK<br><br>**UNOPPOSED MOTION<br>FOR EXTENSION OF TIME<br>TO FILE ANSWER AND<br>ADMINISTRATIVE RECORD** |

      Federal Defendants hereby move this Court for an extension of time to file the answer and administrative record in this matter on or before January 15, 2007. The reasons for this request are: (a) the agency is still completing work related to the administrative record, and (b) agency personnel and counsel have long-standing holiday and vacation schedules. Undersigned counsel conferred by telephone with Plaintiffs' counsel, and Stephen E. Roady informed undersigned counsel, on December 4, 2006, that Plaintiffs do not oppose this motion.

      DATED this 15th of December, 2007.

                                                  Respectfully submitted,

                                                  SUE ELLEN WOOLDRIDGE, Assistant Attorney General
                                                  Environment & Natural Resources Division
                                                  JEAN E. WILLIAMS, Chief
                                                  Wildlife & Marine Resources Section

                                                  /s/
                                                  _____
                                                  KEITH W. RIZZARDI
                                                  U.S. Department of Justice
                                                  Wildlife and Marine Resources Section
                                                  Post Office Box 7369
                                                  Washington, D.C. 20044-7369
                                                  Telephone: (202) 305-0209