UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BLUE OCEAN INSTITUTE and | ) | |
| CARL SAFINA | ) | |
| Plaintiffs, | ) | No. 06-1869 HHK |
| v. | ) | |
| | ) | **FEDERAL DEFENDANTS'** |
| CARLOS GUTIERREZ and NATIONAL | ) | **NOTICE OF LODGING** |
| MARINE FISHERIES SERVICE, | ) | **ADMINISTRATIVE RECORD** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Undersigned counsel hereby notifies this Court and counsel of the lodging of the administrative record in this matter. On this date, the National Marine Fisheries Service sent, by U.S. mail, a certified CD-ROM version of the agency's administrative record, and the attached letter, to this Court and counsel. For the further convenience of the Court and counsel, the package also includes a hard copy of selected excerpts of the administrative record.

DATED this 12th of January, 2007.

                                                           Respectfully submitted,

                                                           SUE ELLEN WOOLDRIDGE
                                                           Assistant Attorney General
                                                           Environment & Natural Resources Division
                                                           JEAN E. WILLIAMS
                                                           Chief, Wildlife & Marine Resources Section

                                                           /s/
                                                           _____

OF COUNSEL:

Constance Sathre
NOAA Office of General Counsel
1315 East-West Highway
Silver Spring, MD 20910

                                                           KEITH W. RIZZARDI
                                                           U.S. Department of Justice
                                                           Environment & Natural Resources Division
                                                           Wildlife and Marine Resources Section
                                                           Ben Franklin Station
                                                           Post Office Box 7369
                                                           Washington, D.C. 20044-7369
                                                           Telephone: (202) 305-0209



**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Wildlife and Marine Resources Section*
*P.O. Box 7369*
*Ben Franklin Station*
*Washington, DC 20044-7369*

*Telephone (202) 305-0210*
*Facsimile (202) 305-0275*

Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

January 12, 2007

**RE: Lodging of Administrative Record in <u>Blue Ocean Institute and Carl Safina v. Carlos Gutierrez and National Marine Fisheries Service</u>, Case No. 06-1869 HHK (D.D.C.)**

Dear U.S. District Court Clerk,

Enclosed is a CD-ROM version of the administrative record in this matter, and a second copy to be sent to the judge's chambers. The size of the administrative record prevented the filing of these documents using the Electronic Court Filing (ECF) system. However, undersigned counsel has electronically filed a Notice of Lodging of Administrative Record, attaching this letter. In addition, a copy of this CD-ROM was mailed to counsel for the Plaintiffs, at the address indicated below. If you have questions, please contact me.

Thank you for your attention to this matter.

Respectfully,

Keith W. Rizzardi, Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box. 7369
Washington, D.C. 20044-7369
(202) 305-0209
Attorney for Federal Defendant

c: Stephen Roady
Earthjustice
1625 Massachusetts Ave NW
Washington, D.C. 20036
202-667-4500