UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUE OCEAN INSTITUTE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, et al.,<br><br>Defendants. | Civil Action 06-01869 (HHK) |

## ORDER

It is this 16th day of January, 2007, hereby

**ORDERED** that the parties file a Case Management Report, pursuant to Fed. R. Civ. P. 16, including a proposed briefing schedule, by no later than February 5, 2007.

**SO ORDERED.**

Henry H. Kennedy, Jr.
United States District Judge