IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUE OCEAN INSTITUTE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:06-CV-01869-HHK |
| ) | |
| CARLOS M. GUTIERREZ, et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT CASE MANAGEMENT REPORT
AND PROPOSED BRIEFING SCHEDULE**

Pursuant to this Court's Order entered January 16, 2007, the parties convened an initial planning meeting by conference call on January 31, 2007 and now respectfully submit this Joint Case Management Report and Proposed Briefing Schedule.

**INTRODUCTORY STATEMENT**

This is an action for review based upon an administrative record, and involves a dispute, pursuant to the Magnuson-Stevens Fishery Conservation and Management Act, over the Federal Defendants' management of the bluefin tuna fishery. The Defendants filed the administrative record on January 12, 2007. Plaintiffs currently are reviewing that record, and intend to dispute the contents of the record unless Defendants add certain materials.

The parties are working to resolve this record issue. In the event the parties can resolve this issue on or before February 15, 2007, they will propose a briefing schedule for summary judgment. However, if the parties cannot resolve this issue on or before February15, 2007, they will propose a schedule for briefing of Plaintiffs' motion to complete the administrative record and for summary judgment. The parties will submit the proposed briefing schedule for the

1

motion(s) on or before February 16, 2007.  That schedule could require further modification if a dispute arises over any amendments to the pleadings.

## CASE MANAGEMENT

Pursuant to Fed. R. Civ. P. 16 and Fed. R. Civ. P. 26(f), the parties provide the following responses to the items contained in Fed. R. Civ. P. Form 35:

**1. Participants in the Planning Meeting.**  The following counsel participated in the January 31, 2007 conference call:

(a)  Tim Ballo, Jennifer Chavez, and Stephen Roady for the Plaintiffs Blue Ocean Institute and Carl Safina;

(b)  Keith Rizzardi and Connie Sathre for the Defendants Carlos M. Gutierrez and National Marine Fisheries Service.

**2. Pre-Discovery Disclosures.**  As an action for review on administrative record, this case is exempted from pre-discovery disclosure requirements pursuant to Local Civil Rule 16.3(b)(1).

**3. Discovery Plan.**  Absent any need formally to resolve issues regarding the administrative record, the parties do not intend to engage in discovery.

**4. Other Items.**

**(a) Conference with the Court.**  The parties do not request a conference with the Court before entry of the scheduling order.

**(b) Pre-trial Conference.**  Inasmuch as the parties believe this case will be decided on summary judgment, they do not request a pre-trial conference.

**(c) Additional parties and amended pleadings.**  Plaintiffs should be allowed until February 15, 2007 to join additional parties and amend their pleadings.  Defendants should be

allowed until March 1, 2007 to join additional parties and amend their pleadings, or to oppose any amended complaint.

(d) **Dispositive motions.** Absent any need formally to resolve issues regarding the administrative record or any amended complaint, this case should be resolved through summary judgment proceedings. Because this is a record review case, the parties have agreed that there is no need to file statements of material facts as to which there is no genuine issue in connection with their summary judgment papers; therefore, they respectfully request that the requirement of Local Civil Rule 56.1 for the filing of such statements be waived.

(e) **Settlement.** Settlement of this case is a possibility but cannot be evaluated prior to discussions between the parties.

## BRIEFING SCHEDULE

As noted in the Introductory Statement above, absent any need for motions addressing disputes over the administrative record or any amended complaint, the parties anticipate that this case will be briefed on summary judgment, and the parties will submit a proposed briefing schedule to this Court on or before February 16, 2007.

Dated: February 5, 2007

                                          Respectfully submitted,

                                          __/s/ Jennifer C. Chavez_____
                                          STEPHEN E. ROADY
                                          D.C. Bar. No. 926477
                                          JENNIFER C. CHAVEZ
                                          D.C. Bar No. 493421
                                          Earthjustice
                                          1625 Massachusetts Avenue, N.W.
                                          Washington, D.C. 20036
                                          202-667-4500 Telephone

                                          Counsel for the Plaintiffs

        MATTHEW MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division

JEAN E. WILLIAMS
Chief, Wildlife & Marine Resources Section

<u>/s/ with permission by Jennifer C. Chavez</u>
KEITH W. RIZZARDI
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
Post Office Box 7369
Washington, D.C.  20044-7369
Telephone 202-305-0209

Counsel for the Defendants

Of Counsel for the Defendants:

Constance Sathre
NOAA Office of General Counsel
1315 East West Highway
Silver Spring, MD  20910