IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUE OCEAN INSTITUTE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.  1:06-CV-01869-HHK |
| ) | |
| CARLOS M. GUTIERREZ, et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT PROPOSED BRIEFING SCHEDULE
TO ADDRESS ADMINISTRATIVE RECORD**

This Joint Proposed Briefing Schedule supplements the Joint Case Management Report filed with this Court on February 5, 2007.

In their February 5, 2007 Report, the parties advised the Court that this is an action for review based upon an administrative record, and involves a dispute, pursuant to the Magnuson-Stevens Fishery Conservation and Management Act, over the Federal Defendants' management of the bluefin tuna fishery.  The parties also advised the Court that they were working to resolve a concern raised by the Plaintiffs concerning the completeness of the administrative record.

The parties have been unable to resolve this administrative record dispute informally.  Accordingly, they hereby file a proposed schedule for briefing of Plaintiffs' motion regarding the administrative record.  The parties will file a summary judgment briefing schedule promptly after the Court rules on the Plaintiffs' motion.

## BRIEFING SCHEDULE

The parties hereby submit the following proposed briefing schedule for Plaintiffs' motion to compel the Defendants to complete the administrative record:

1. Plaintiffs' motion re: administrative record:  February 23, 2007

2. Defendants' opposition to Plaintiffs' motion re: administrative record:  March 6, 2007

3. Plaintiffs' reply in support of their motion re: administrative record:  March 12, 2007

Dated:  February 16, 2007

Respectfully submitted,

/s/ Stephen E. Roady
_____
STEPHEN E. ROADY
D.C. Bar. No. 926477
JENNIFER C. CHAVEZ
D.C. Bar No. 493421
Earthjustice
1625 Massachusetts Avenue, N.W.
Washington, D.C.  20036
202-667-4500 Telephone
Counsel for the Plaintiffs

MATTHEW MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division

JEAN E. WILLIAMS
Chief, Wildlife & Marine Resources Section

/s/ with permission by Stephen E. Roady
_____
KEITH W. RIZZARDI
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
Post Office Box 7369
Washington, D.C.  20044-7369
Telephone 202-305-0209
Counsel for the Defendants

Of Counsel for the Defendants:

Constance Sathre
NOAA Office of General Counsel
1315 East West Highway
Silver Spring, MD  20910