# United States District Court
# For the District of Columbia

BLUE OCEAN INSTITUTE et al

|  |  |
|---|---|
| Plaintiff(s) | ) |
|  | ) |
|  | ) |
| vs. | ) CASE NUMBER  1:06-cv-01869 HHK |
| GUTIERREZ et al | ) |
|  | ) |
| Defendant(s) | ) |

APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of   Stephen E. Roady   as counsel in this
(Attorney's Name)

case for:  Blue Ocean Institute and Carl Safina
(Name of party or parties)

March 5, 2007
Date

/s/ Stephen Roady
Signature

Stephen E. Roady
Print Name

D.C. Bar # 926477
BAR IDENTIFICATION

1625 Massachusetts Ave. NW, Ste 702
Address

Washington, DC 20036
City        State        Zip Code

(202) 667-4500
Phone Number