UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUE OCEAN INSTITUTE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CARLOS M. GUTIERREZ, et al.,<br><br>　　　　　Defendants. | Civil Action 06-01869 (HHK) |

ORDER REFERRING MOTION
TO UNITED STATES MAGISTRATE JUDGE

It is this 14th day of March, 2007, hereby

**ORDERED** that Plaintiffs' motion to compel production of the administrative record [#10], filed February 23, 2007, is referred to United States Magistrate Judge John M. Facciola for his determination pursuant to LCvR 72.2(a). Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of Magistrate Judge John M. Facciola , "JMF," in the caption next to the initials of the undersigned judge. *See* LCvR 5.1(f).

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge