# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BLUE OCEAN INSTITUTE and<br>CARL SAFINA | )<br>) | |
| Plaintiffs, | ) | Civ. No. 06-1869 HHK |
| v. | )<br>) | **NOTICE OF SUBSTITUTION** |
| CARLOS GUTIERREZ and NATIONAL<br>MARINE FISHERIES SERVICE, | )<br>) | **OF COUNSEL** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The parties and this Court are hereby notified that Keith W. Rizzardi resigned from the U.S. Department of Justice, effective August 31, 2007. Lisa Russell will appear on behalf of the Federal Defendants in the above-styled case.

    Respectfully submitted, this 24th of August 2007,

    RONALD J. TENPAS, Acting Assistant Attorney General
    JEAN E. WILLIAMS, Section Chief

    /s/    Lisa L. Russell
    _____
    Lisa L. Russell, Assistant Chief
    U.S. Department of Justice
    Environment & Natural Resources Division
    Wildlife and Marine Resources Section
    P.O. Box. 7369
    Washington, D.C. 20044-7369
    (202) 305-0388
    lisa.russell@usdoj.gov
    Attorney for Federal Defendant

OF COUNSEL:

Constance Sathre
NOAA Office of General Counsel
1315 East West Highway
Silver Spring, MD 20910