UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUE OCEAN INSTITUTE and<br>CARL SAFINA<br><br>    Plaintiffs,<br>v.<br><br>CARLOS GUTIERREZ and NATIONAL<br>MARINE FISHERIES SERVICE,<br><br>    Defendants.<br>_____ | )<br>) No. 06-1869 HHK JMF<br>)<br>)<br>)<br>)<br>) **NOTICE OF SUBSTITUTION**<br>) **OF COUNSEL**<br>)<br>)<br>)<br>) |

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that KRISTEN BYRNES FLOOM will henceforth be appearing in place of LISA LYNNE RUSSELL as counsel on behalf of Defendants in the captioned case. Copies of future filings, notices, and decisions should be sent to Ms. Floom at:

<u>MAILING ADDRESS</u>:

 U.S. Department of Justice
 Environment and Natural Resources Division
 Wildlife and Marine Resources Section
 Ben Franklin Station, P.O. Box 7369
 Washington, D.C. 20044-7369

<u>OVERNIGHT DELIVERY/STREET ADDRESS</u>

 U.S. Department of Justice
 Environment & Natural Resources Division
 Wildlife and Marine Resources Section
 601 D Street, N.W.
 Washington, D.C. 20004

TELEPHONE NUMBERS

    Telephone: (202) 305-0340
    Facsimile:  (202) 305-0275

E-MAIL

    Kristen.Floom@usdoj.gov


    Respectfully submitted this 5th day of September, 2007,

    RONALD J. TENPAS, Acting Assistant Attorney General
    JEAN E. WILLIAMS, Section Chief
    LISA LYNNE RUSSELL, Assistant Chief

    /s/ Kristen Byrnes Floom
    KRISTEN BYRNES FLOOM
    U.S. Department of Justice
    Environment & Natural Resources Division
    Wildlife and Marine Resources Section
    Ben Franklin Station
    P.O. Box 7369
    Washington, D.C. 20044-7369
    Telephone: (202) 305-0340
    Facsimile: (202) 305-0275
    Email: Kristen.Floom@usdoj.gov

OF COUNSEL:
Constance Sathre
 NOAA Office of General Counsel
1315 East-West Highway
Silver Spring, MD 20910

    Attorneys for Federal Defendants