IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUE OCEAN INSTITUTE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:06-CV-01869-HHK/JMF |
| ) | |
| CARLOS M. GUTIERREZ, et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT SUBMISSION PROVIDING ALTERNATIVES
## FOR SUMMARY JUDGMENT BRIEFING SCHEDULE

In conformance with the parties' Joint Proposed Briefing Schedule to Address Administrative Record dated February 16, 2007, and pursuant to this Court's Minute Order entered on February 18, 2007, the parties hereby provide this Joint Submission setting out proposed alternative schedules for briefing the merits of this case on summary judgment.

**Introduction**

The Plaintiffs filed their Complaint in this case on November 1, 2006. Defendants filed their Answer and the Administrative Record on January, 12, 2007. The Plaintiffs moved to compel completion of the Administrative Record on February 23, 2007. On September 4, 2007, Magistrate Judge Facciola denied the Plaintiffs' motion to compel.

As the parties advised the Court in their Case Management submission dated February 5, 2007, this case can be resolved on summary judgment. However, the parties have been unable to agree on the details of the summary judgment briefing schedule. The Plaintiffs are proposing that the case be briefed by simultaneous cross-motions for summary judgment; the Defendants are proposing that the case be briefed by staggered cross motions for summary judgment. The

1

parties set out their separate proposals below, and respectfully request the Court to enter an order setting a briefing schedule in accordance with one of these proposals.

**Plaintiffs' Proposed Summary Judgment Briefing Schedule**

The Plaintiffs believe that this case should proceed with dispatch, for the reason that spawning bluefin tuna will be killed by fishing in the Gulf of Mexico starting early in 2008. Accordingly, the Plaintiffs propose that this case be briefed on the following briefing schedule:

1. Cross Motions for summary judgment by both parties:    November 19, 2007
2. Oppositions to the Cross Motions by both parties:    December 19, 2007
3. Replies to the Oppositions by both parties:    January 14, 2008

The Plaintiffs will seek oral argument on their summary judgment motion to be set as soon as possible following the filing of the Replies.

**Defendants' Proposed Summary Judgment Briefing Schedule**

The Defendants believe that the summary judgment briefing in this case should take place on a staggered basis, because staggered briefing allows for gradual development of issues and ensures that Plaintiffs and Defendants address the same issues, rather than devoting time and resources to irrelevant arguments. This benefits both the parties and the Court. Defendants' proposed briefing schedule would extend briefing by only three weeks beyond Plaintiffs' proposal, as set forth below:

1. Plaintiffs' Motion for summary judgment:    November 19, 2007
2. Defendants' Opposition & Cross Motion for summary judgment:    December 19, 2007
3. Plaintiffs' Reply to Opposition & Opposition to Cross Motion:    January 14, 2008
4. Defendants' Reply to Plaintiffs' Opposition:    February 4, 2008

Should the Court determine that simultaneous briefing is appropriate, Defendants respectfully request that the Court modify Plaintiffs' proposed briefing schedule as set forth below. NMFS personnel whose participation is necessary to preparation of Defendants' summary judgment motion will be unavailable during early November due to a meeting of the

International Commission for the Conservation of Atlantic Tunas from November 9 - 18 in Turkey. Thus, Defendants propose the following alternative schedule:

1. Cross Motions for summary judgment by both parties:   December 17, 2007
2. Oppositions to the Cross Motions by both parties:   January 14, 2008
3. Replies to the Oppositions by both parties:   February 4, 2008

The Defendants will seek oral argument on their summary judgment motion to be set as soon as possible following the filing of their Reply.

**Request for Waiver of Statements of Material Fact**

This case is being litigated on the basis of an administrative record. Accordingly, as the parties jointly advised the Court in their Case Management Report submitted on February 5, 2007, they have agreed that there is no need to file statements of material facts as to which there is no genuine issue in connection with their summary judgment papers. Therefore, they respectfully request that this Court waive the requirement of Local Civil Rule 56.1 for the filing of such statements.

**Conclusion**

For the foregoing reasons, the parties jointly request that this Court enter an Order that: (i) establishes a summary judgment briefing schedule in this case in conformance with either the schedule proposed here by the Plaintiffs, or the schedule proposed here by the Defendants; and (ii) waives the requirement for the filing of statements of material facts as to which there is no genuine issue in connection with the filing of the summary judgment papers.

DATED:  October 19, 2007

Respectfully submitted,

/s/  Stephen E. Roady
_____
STEPHEN E. ROADY
D.C. Bar. No. 926477
JENNIFER C. CHAVEZ
D.C. Bar No. 493421
Earthjustice
1625 Massachusetts Avenue, N.W.
Washington, D.C.  20036
Telephone  202-667-4500
Counsel for the Plaintiffs


MATTHEW MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division

JEAN E. WILLIAMS
Chief, Wildlife & Marine Resources Section

/s/ with permission by Stephen E. Roady
_____
KRISTEN BYRNES FLOOM
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
Post Office Box 7369
Washington, D.C.  20044-7369
Telephone 202-305-0340
Counsel for the Defendants

Of Counsel for the Defendants:

MEGAN WALLINE
NOAA Office of General Counsel
1315 East West Highway
Silver Spring, MD  20910