UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BLUE OCEAN INSTITUTE, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**CARLOS M. GUTIERREZ, et al.,**<br><br>**Defendants.** | Civil Action 06-01869 (HHK) |

## SCHEDULING ORDER

The parties shall be governed by the following briefing schedule:

| Pleading | Date |
|---|---|
| Plaintiff's motion for summary judgment | November 19, 2007 |
| Defendant's opposition and cross motion for summary judgment | December 19, 2007 |
| Plaintiff's reply to opposition and opposition to cross motion | January 7, 2008 |
| Defendants' reply to plaintiffs' opposition | January 22, 2008 |

The parties are advised that their summary judgment motions need not and should not be accompanied by statements of material fact not in dispute because the court's decision will be based on an administrative record.

Henry H. Kennedy, Jr.<br>United States District Judge

Dated: October 29, 2007