IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BLUE OCEAN INSTITUTE, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:06-CV-01869-HHK JMF |
| CARLOS M. GUTIERREZ, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**MOTION OF PLAINTIFFS BLUE OCEAN INSTITUTE AND
CARL SAFINA FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rules 7(h) and 56.1, the plaintiffs Blue Ocean Institute and Carl Safina respectfully move this Court for an order entering summary judgment against defendants, declaring unlawful defendants' rejection of the plaintiffs' June 8, 2005 petition to close longline fishing in the Gulf of Mexico spawning grounds for western Atlantic bluefin tuna during spawning season, and ordering defendants immediately to promulgate an emergency rule granting that petition. By this motion, the plaintiffs also respectfully request that this Court order defendants to prepare an environmental analysis to accompany new long-term management measures for the longline fishery in the Gulf of Mexico designed to protect spawning bluefin tuna.

In accordance with Local Civil Rules 7(h) and 56.1, the plaintiffs are attaching a Memorandum of Points and Authorities in support of this Motion for Summary Judgment.

This case is a challenge to ongoing federal action – the continuing failure by defendants to protect the critically depleted population of western Atlantic bluefin tuna from population collapse and commercial extinction. Unless the defendants are ordered to protect this fish population in the Gulf of Mexico in advance of spawning season that will commence in the early spring of 2008, this ongoing failure will continue to cause harm during the pendency of this case. In recognition of the urgency of cases like this one, Congress has provided that courts shall "assign the matter for hearing at the earliest possible date and . . . expedite the matter in every possible way." 16 U.S.C. § 1855(f)(4). Accordingly, the plaintiffs respectfully request this Court to expedite its consideration of this Motion for Summary Judgment, and to schedule oral argument on this Motion as promptly as possible.

DATED this 19th day of November, 2007.

Respectfully submitted,

STEPHEN E. ROADY
D.C. Bar. No. 926477
JENNIFER C. CHAVEZ
D.C. Bar No. 493421
Earthjustice
1625 Massachusetts Avenue, N.W.
Washington, D.C. 20036
202-667-4500 Telephone
202-667-2356 Fax
Attorneys for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BLUE OCEAN INSTITUTE, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.  1:06-CV-01869-HHK JMF |
| CARLOS M. GUTIERREZ, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**[ PROPOSED ] ORDER**

Upon consideration of plaintiffs' motion for summary judgment, as well as defendants' opposition to that motion, and for good cause shown, it is hereby ORDERED that the plaintiffs' motion is GRANTED.

FURTHER ORDERED that, within fifteen (15) days after entry of this Order, defendants shall promulgate an emergency rule closing longline fishing in the Gulf of Mexico in the manner requested by plaintiffs in their June 8, 2005 "Petition for Immediate Rulemaking to Protect Spawning Atlantic Bluefin Tuna in the Gulf of Mexico."

FURTHER ORDERED that, within thirty (30) days after entry of this Order, defendants shall initiate a rulemaking process to establish new long-term management measures for the longline fishery in the Gulf of Mexico that will protect spawning western Atlantic bluefin tuna, and will accompany that rulemaking process with an appropriate environmental analysis.

SO ORDERED this _____ day of _____, 2008.

_____
**HENRY H. KENNEDY, JR.**
**UNITED STATES DISTRICT JUDGE**