IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUE OCEAN INSTITUTE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.  1:06-CV-01869-HHK JMF |
| ) | |
| CARLOS M. GUTIERREZ, et al., ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED REQUEST OF PLAINTIFFS BLUE OCEAN INSTITUTE
AND CARL SAFINA FOR EXPEDITED CONSIDERATION AND ORAL ARGUMENT**

Pursuant to Section 305(f)(4) of the Magnuson-Stevens Fishery Conservation and Management Act, 16 U.S.C. § 1855(f)(4), and their Motion for Summary Judgment dated November 19, 2007, the plaintiffs Blue Ocean Institute and Carl Safina respectfully request that this Court expedite consideration of this case and schedule oral argument at the earliest possible date.  As grounds for this request, the plaintiffs state as follows:

1.  The parties to this case agree that the spawning population of western Atlantic bluefin tuna is at its lowest recorded level.  *See* Complaint ¶ 2; Answer ¶ 2.

2.  In their most recent annual report to Congress on the status of fish populations, defendants have classified western Atlantic bluefin as both "overfished" and as being subject to ongoing "overfishing."  *See* Exhibit C to Memorandum in Support of Plaintiffs' Motion for Summary Judgment (National Marine Fisheries Service Report on the Status of the U.S. Fisheries for 2006, at 25 (2007)).

3. In light of the precarious condition of the bluefin, the World Conservation Union (IUCN) has listed the bluefin as "critically endangered" – meaning that it is "facing an extremely high risk of extinction in the wild in the immediate future." *See* http://www.iucnredlist.org/search/details.php/21864/all

4. The plaintiffs contend that the defendants are failing to protect the depleted population of western Atlantic bluefin tuna by allowing spawning bluefin to be killed in the Gulf of Mexico during spawning season.

5. Spawning season for the bluefin in the Gulf of Mexico begins annually in early April and stretches into June. *See* AR G7, *Electronic Tagging and Populations Structure of Atlantic Bluefin Tuna*, 434 NATURE 1121, 1123-24 (2005). Evidence in the record establishes that hundreds of bluefin are killed in the Gulf during spawning season annually. *See, e.g.*, AR E12, Consolidated HMS FMP, at 4-91 t.4.11 (table showing that during April to June of 2001-2003 an average of 161 bluefin were discarded and an average of 70 were kept). Therefore, unless this Court orders the defendants to close fishing in the Gulf promptly, many spawning bluefin in the Gulf will be killed during April, May, and June of this year.

6. In recognition of the urgency of cases like this one, the Magnuson-Stevens Fishery Conservation and Management Act provides that courts "shall assign the matter for hearing at the earliest possible date and shall expedite the matter in every possible way." 16 U.S.C. § 1855(f)(4).

7. This case was fully briefed on cross-motions for summary judgment as of January 22, 2008, and is ripe for disposition.

8. Counsel for the defendants has indicated that defendants do not oppose this request.

Accordingly, the plaintiffs respectfully request this Court to expedite its consideration of the pending Motions for Summary Judgment, and to schedule oral argument on these Motions as promptly as possible.

DATED this 14th day of April, 2008.

                                                Respectfully submitted,

                                                STEPHEN E. ROADY
                                                D.C. Bar. No. 926477
                                                JENNIFER C. CHAVEZ
                                                D.C. Bar No. 493421
                                                Earthjustice
                                                1625 Massachusetts Avenue, N.W.
                                                Washington, D.C. 20036
                                                202-667-4500 Telephone
                                                202-667-2356 Fax
                                                Attorneys for the Plaintiffs